**The below described is SIGNED.**

**Dated: August 18, 2009**

**JUDITH A. BOULDEN
U.S. Bankruptcy Judge**



_____

Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Charles F. McVay, United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re: | **Bankruptcy Case No. 09-24500 JAB** |
|---|---|
| **TRAVIS SALLENBACK,** | (Chapter 7)<br>(Filed Electronically) |
| Debtor. | |

**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR FILING
COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C.
§727 AND FOR FILING MOTIONS TO DISMISS PURSUANT TO 11 U.S.C. §707(b)(3)**

The United State Trustee and the Debtor having submitted a Stipulation to Extend

Deadline for Filing Complaints Objecting to Debtor's Discharge Pursuant to 11 U.S.C. §727 and

for Filing Motions to Dismiss Pursuant to 11 U.S.C. §707(b)(3). The Court having considered

the record and Stipulation before it and being duly advised, and good cause appearing therefore;

it is hereby

Page 2
Order Approving Stipulation
Bankruptcy Case No. 09-24500 JAB

ORDERED that the Stipulation to extend deadline for complaints objecting to the

Debtor's discharge pursuant to 11 U.S.C. §727 and for motions to dismiss

pursuant to 11 U.S.C. §707(b)(3) to October 13, 2009 be and hereby is approved.

------------------------------------------END OF DOCUMENT----------------------------------------------

Approved as to form:

_____
Mark F. Robinson
Attorney for Debtor

**CLERK'S CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I cause a true and correct copy of the foregoing **ORDER APPROVING STIPULATION EXTENDING DEADLINE** to be mailed, first class, postage prepaid, in the United States mail, on this _____ day of _____ 2009, to all parties noted below:

Mark F. Robinson, Esq.
Morgan T. Fife, Esq.
Robinson, Seiler & Anderson, LC
2500 North University Avenue
P.O. Box 1266
Provo, UT 84603-1266

Philip G. Jones, Esq.
853 West Center Street
Orem, UT 84057

Peter J. Kuhn, Esq.
U.S. Department of Justice
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111

_____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mtm                 Page 1 of 1                  Date Rcvd: Aug 18, 2009
Case: 09-24500                Form ID: pdfor1           Total Noticed: 3

The following entities were noticed by first class mail on Aug 20, 2009.
aty          Morgan T Fife,   Robinson, Seiler & Anderson, LC,   2500 North University Avenue,   P.O. Box 1266,
              Provo, UT  84603-1266
aty         +Peter J. Kuhn tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
              Salt Lake City, UT 84111-3402
tr          +Philip G. Jones tr,   853 West Center Street,   Orem, UT 84057-5201

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2009          Signature:    *Joseph Speetjens*