**The below described is SIGNED.**

**Dated: October 14, 2009**

**JUDITH A. BOULDEN
U.S. Bankruptcy Judge**

_____

Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah  84111
Telephone:     (801) 524-5734
Facsimile:      (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Charles F. McVay, United States Trustee

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:<br><br>**TRAVIS SALLENBACK,**<br><br>Debtor. | **Bankruptcy Case No. 09-24500 JAB**<br><br>(Chapter 7)<br>(Filed Electronically) |
|---|---|

**ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE FOR
FILING COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE PURSUANT TO
11 U.S.C. §727 AND FOR FILING MOTIONS TO DISMISS PURSUANT
TO 11 U.S.C. §707(b)(3)**

---

The United State Trustee and the Debtor having submitted a Second Stipulation to

Extend Deadline for Filing Complaints Objecting to Debtor's Discharge Pursuant to 11 U.S.C.

§727 and for Filing Motions to Dismiss Pursuant to 11 U.S.C. §707(b)(3).  The Court having

Filed: 10/13/09

Page 2
Order Approving Second Stipulation
Bankruptcy Case No. 09-24500 JAB

considered the record and Stipulation before it and being duly advised, and good cause appearing therefore; it is hereby

ORDERED that the Second Stipulation to extend deadline for complaints objecting to the

Debtor's discharge pursuant to 11 U.S.C. §727 and for motions to dismiss

pursuant to 11 U.S.C. §707(b)(3) to December 14, 2009 be and hereby is

approved.

-------------------------------------------END OF DOCUMENT-------------------------------------------

Approved as to form:

_____
Mark F. Robinson
Attorney for Debtor

**CLERK'S CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I cause a true and correct copy of the foregoing **ORDER APPROVING SECOND STIPULATION EXTENDING DEADLINE** to be mailed, first class, postage prepaid, in the United States mail, on this ____ day of _____ 2009, to all parties noted below:

Mark F. Robinson, Esq.
Morgan T. Fife, Esq.
Robinson, Seiler & Anderson, LC
2500 North University Avenue
P.O. Box 1266
Provo, UT 84603-1266

Philip G. Jones, Esq.
853 West Center Street
Orem, UT 84057

Peter J. Kuhn, Esq.
U.S. Department of Justice
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111

_____