**The below described is SIGNED.**

**Dated: October 14, 2009**

**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**



_____

Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Charles F. McVay, United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| In re: | **Bankruptcy Case No. 09-24500 JAB** |
|---|---|
| **TRAVIS SALLENBACK,** | (Chapter 7) |
| Debtor. | (Filed Electronically) |

**ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE FOR FILING COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §727 AND FOR FILING MOTIONS TO DISMISS PURSUANT TO 11 U.S.C. §707(b)(3)**

The United State Trustee and the Debtor having submitted a Second Stipulation to

Extend Deadline for Filing Complaints Objecting to Debtor's Discharge Pursuant to 11 U.S.C.

§727 and for Filing Motions to Dismiss Pursuant to 11 U.S.C. §707(b)(3). The Court having

**Filed: 10/13/09**

Entered On Docket: 10/14/2009

Page 2
Order Approving Second Stipulation
Bankruptcy Case No. 09-24500 JAB

considered the record and Stipulation before it and being duly advised, and good cause appearing therefore; it is hereby

    ORDERED that the Second Stipulation to extend deadline for complaints objecting to the

        Debtor's discharge pursuant to 11 U.S.C. §727 and for motions to dismiss

        pursuant to 11 U.S.C. §707(b)(3) to December 14, 2009 be and hereby is

        approved.

-------------------------------------------END OF DOCUMENT-------------------------------------------

Approved as to form:

_____
Mark F. Robinson
Attorney for Debtor

**CLERK'S CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I cause a true and correct copy of the foregoing **ORDER APPROVING SECOND STIPULATION EXTENDING DEADLINE** to be mailed, first class, postage prepaid, in the United States mail, on this ____ day of _____ 2009, to all parties noted below:

Mark F. Robinson, Esq.
Morgan T. Fife, Esq.
Robinson, Seiler & Anderson, LC
2500 North University Avenue
P.O. Box 1266
Provo, UT 84603-1266

Philip G. Jones, Esq.
853 West Center Street
Orem, UT 84057

Peter J. Kuhn, Esq.
U.S. Department of Justice
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111

_____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: kpc              Page 1 of 1              Date Rcvd: Oct 14, 2009
Case: 09-24500                Form ID: pdfor1        Total Noticed: 3

The following entities were noticed by first class mail on Oct 16, 2009.
aty          Morgan T Fife,   Robinson, Seiler & Anderson, LC,   2500 North University Avenue,   P.O. Box 1266,
              Provo, UT   84603-1266
aty         +Peter J. Kuhn tr,   US Trustees Office,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
              Salt Lake City, UT 84111-3402
tr          +Philip G. Jones tr,   853 West Center Street,   Orem, UT 84057-5201

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2009**          **Signature:** _Joseph Speetjens_